UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AARON NORRIS,

      Petitioner,

v.                                          CASE NO. 2:19-cv-10857

S. L. BURT,                           HONORABLE NANCY G. EDMUNDS

      Respondent.
_____/

## JUDGMENT

This matter came before the Court on a *pro se* petition for the writ of habeas corpus under 28 U.S.C. § 2254. For reasons given in an Opinion and Order entered on this date, the Petition is **DENIED.** Judgment is entered in behalf of respondent S. L. Burt.

                                               DAVID J. WEAVER
                                               CLERK OF COURT

                                             By: s/ L. Bartlett_____
                                             Deputy Clerk

APPROVED:

s/ Nancy G. Edunmunds_____
NANCY G. EDMUNDS
UNITED STATES DISTRICT JUDGE